**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Jonathan K. Smith<br><br>DEBTOR(S) | CASE NO: 20-01278-jw<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE AND NOTICE OF SUPPLEMENTAL FEES**

Take notice that the undersigned has filed a Statement of Supplemental Fees pursuant to SC LBR 2016-1(b)(2) as follows:

Supplemental Fees in this Request: $15,520.00

Statement of Work: Defend and settle objections to plan from CPCM, SLS and the Chapter 13 Trustee, defend and settle objection to 362 motion with CPCM, draft motion to value tax claims and speak with IRS re same, draft and edit multiple joint statements of dispute, prepare for and attend 362, confirmation and status hearings, amend chapter 13 plan, draft and attend hearing on motion to incur debt and emergency hearing motion, negotiate lien release with 2 creditors, amend schedules, many emails and phone calls with client, assist debtor in financing efforts.

These fees are added to any prior amounts charged.

Unless an objection to the Statement is filed within fourteen (14) days of service or unless the Court orders otherwise, the supplemental fee shall be approved for disbursement subject to the terms of the confirmed plan and SC LBR 2016-1.

All supplemental fees approved for disbursement remain subject to the Court's consideration of the fee under 11 U.S.C. § 329(b) at any time prior to the closing of the case.

MAILING ADDRESS FOR OBJECTIONS: 1100 Laurel Street, Columbia, SC 29201.

I hereby certify that notice of the Statement of Supplemental Fees was served on the chapter 13 trustee by electronic transmission (NEF) and a copy of this document was served on debtor(s) on this date as follows:

Jonathan K. Smith
2670 Sumter Hwy
Bishopville, SC 29010

/s/ Jane H. Downey
Jane H. Downey, ID #5242
Moore Taylor Law Firm, P.A.
1700 Sunset Blvd.
West Columbia, SC 29169
803-454-1983
Jane@mttlaw.com

Date: October 22, 2020



**MOORE | TAYLOR**
LAW FIRM

P.O. Box 5709
West Columbia, SC 29171
Tax I.D. Number: 57-0808395

Ph:(803) 796-9160     Fax:(803) 791-8410

October 22, 2020

Invoice Number: 145295
File Number: 131541-0001
Billed through: 10/05/2020

Jonathan K. Smith

Smith, Jonathan K.
2670 Sumter Hwy
Bishopville, SC  29010

RE: 131541-0001 - Jonathan K. Smith

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|
| May-07-20 | Review objections; email client. | 0.10 | $42.00 | JHD |
| May-07-20 | review objs filed and send to client and JHD | 0.20 | $44.00 | CSF |
| May-11-20 | tcw CSF re claim filed; motion to value IRS | 0.10 | $22.00 | JAN |
| May-11-20 | phone call with JAN re motions, edit motions and send to JHD | 0.20 | $44.00 | CSF |
| May-11-20 | Edit motions to value tax claims. | 0.10 | $42.00 | JHD |
| May-11-20 | review email from JHD and TE | 0.10 | $22.00 | CSF |
| May-11-20 | follow up email to client | 0.10 | $22.00 | CSF |
| May-11-20 | email JHD re smith response | 0.10 | $22.00 | CSF |
| May-11-20 | review 362 motion, email client | 0.30 | $66.00 | CSF |
| May-12-20 | save pleadings in file, docket deadlines, and draft objection to 362 motion | 0.60 | $132.00 | CSF |
| May-12-20 | email client; talk to Mike. | 0.80 | $336.00 | JHD |
| May-12-20 | email IRS. | 0.10 | $42.00 | JHD |
| May-12-20 | email IRS. | 0.10 | $42.00 | JHD |
| May-12-20 | email IRS re taxes. | 0.10 | $42.00 | JHD |
| May-13-20 | review and respond to email from JHD | 0.10 | $22.00 | CSF |
| May-13-20 | tcw CPCM attorney | 0.10 | $42.00 | JHD |
| May-13-20 | review second 362 motion filed, save in file , email to JHD , check docket and docket deadlines and hearing | 0.20 | $44.00 | CSF |
| May-13-20 | Read 362. | 0.10 | $42.00 | JHD |
| May-13-20 | review reserch and respond to email from JHD | 0.10 | $22.00 | CSF |
| May-13-20 | email client. | 0.10 | $42.00 | JHD |

RE: 131541-0001 - Jonathan K. Smith

10/22/2020 Page 2 of 8
InvoiceNumber : 145295

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-13-20 | email Jon. | 0.10 | $42.00 | JHD |
| May-13-20 | work on file, research and review case law for objection | 0.50 | $110.00 | CSF |
| May-14-20 | email client and Larry Godwin re tax debt. | 0.10 | $42.00 | JHD |
| May-14-20 | prepare, file and serve objection to 362 motion, edit calendar | 0.40 | $88.00 | CSF |
| May-14-20 | email Larry | 0.10 | $42.00 | JHD |
| May-18-20 | email from Louis. | 0.10 | $42.00 | JHD |
| May-18-20 | email from Vericore. | 0.10 | $42.00 | JHD |
| May-19-20 | email client re 362. | 0.10 | $42.00 | JHD |
| May-19-20 | email from Louis Spencer. | 0.10 | $42.00 | JHD |
| May-19-20 | check hearing date and docket, respond to email JHD and client | 0.10 | $22.00 | CSF |
| May-21-20 | email IRS. | 0.10 | $42.00 | JHD |
| May-21-20 | email Larry. | 0.10 | $42.00 | JHD |
| May-26-20 | email to client | 0.10 | $22.00 | CSF |
| May-26-20 | email client re docs needed for confirmation. | 0.10 | $42.00 | JHD |
| May-26-20 | email with Louis re hearing; tcw Jon re same. | 0.10 | $42.00 | JHD |
| May-26-20 | review IRS claim and send to client | 0.20 | $44.00 | CSF |
| May-26-20 | receive email re appraisal. | 0.10 | $42.00 | JHD |
| May-27-20 | review emails from client and JHD and save in file | 0.10 | $22.00 | CSF |
| May-27-20 | work on file, phone call with JHD, prepare and file motions | 1.60 | $352.00 | CSF |
| May-28-20 | review emails from client and JHD, send email to JHD | 0.20 | $44.00 | CSF |
| May-28-20 | tcw client and email CPCM and Te. | 0.30 | $126.00 | JHD |
| May-28-20 | upload documents to TE | 0.20 | $44.00 | CSF |
| May-28-20 | email te re balance sheet; review email from Larry. | 0.10 | $42.00 | JHD |
| May-29-20 | review several emails, motions filed, docket, save documents in file, prepare an amended plan, email to JHD | 0.80 | $176.00 | CSF |
| May-29-20 | email Nathan. | 0.10 | $42.00 | JHD |
| May-29-20 | email client. | 0.10 | $42.00 | JHD |
| May-29-20 | email court. | 0.10 | $0.00 | JHD |
| Jun-01-20 | email Louis and client re offer. | 0.10 | $42.00 | JHD |
| Jun-01-20 | email client. | 0.10 | $42.00 | JHD |
| Jun-01-20 | research rules, emails back and forth with JHD | 0.20 | $44.00 | CSF |
| Jun-01-20 | email and phone call to client re hearing | 0.20 | $44.00 | CSF |
| Jun-01-20 | email JHD documents for 362 hearing | 0.20 | $44.00 | CSF |

RE: 131541-0001 - Jonathan K. Smith

10/22/2020                                                                                              Page 3 of 8
InvoiceNumber : 145295

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-01-20 | email client after talking with CPCM. | 0.20 | $84.00 | JHD |
| Jun-02-20 | review poc and compare to other claim and motion, saved in file | 0.20 | $44.00 | CSF |
| Jun-02-20 | Attend 362 hearing. | 0.80 | $336.00 | JHD |
| Jun-02-20 | tcw client re plan. | 0.10 | $42.00 | JHD |
| Jun-02-20 | tcw client; email CPCM; Attend court. | 0.80 | $336.00 | JHD |
| Jun-03-20 | tcw CSF re plan | 0.20 | $44.00 | JAN |
| Jun-03-20 | work on new plan and change bestcase per plans | 0.80 | $176.00 | CSF |
| Jun-04-20 | edit plan and send to JHD to review | 0.20 | $44.00 | CSF |
| Jun-04-20 | review and respond to email | 0.10 | $22.00 | CSF |
| Jun-04-20 | edit plan | 0.10 | $22.00 | CSF |
| Jun-04-20 | emails re financing. | 0.10 | $42.00 | JHD |
| Jun-04-20 | calculate billing, amend plan and send draft to TE office | 0.20 | $44.00 | CSF |
| Jun-04-20 | email from JHD to the court, email JHD re plan | 0.10 | $22.00 | CSF |
| Jun-08-20 | email CPCM re 362. | 0.10 | $42.00 | JHD |
| Jun-08-20 | email Nathan re settlement order. | 0.10 | $42.00 | JHD |
| Jun-08-20 | email Spencer. | 0.10 | $42.00 | JHD |
| Jun-08-20 | email TE, phone call with JHD, edit plan, add cover sheet, send to client to review | 0.50 | $110.00 | CSF |
| Jun-08-20 | edit plan and send new plan to client, check 13network | 0.10 | $22.00 | CSF |
| Jun-09-20 | Review order; email from CPCM. | 0.10 | $42.00 | JHD |
| Jun-09-20 | email DOR re subordination. | 0.10 | $42.00 | JHD |
| Jun-10-20 | email client re plan and financing. | 0.10 | $42.00 | JHD |
| Jun-10-20 | review emails between JHD and client re new plan | 0.10 | $22.00 | CSF |
| Jun-11-20 | prepare modified plan, file plan and notice, prepare cs and file | 1.00 | $220.00 | CSF |
| Jun-11-20 | email from Nathan. | 0.10 | $42.00 | JHD |
| Jun-12-20 | email with CPCM. | 0.10 | $42.00 | JHD |
| Jun-15-20 | email Jon. | 0.10 | $42.00 | JHD |
| Jun-17-20 | email Spencer. | 0.10 | $42.00 | JHD |
| Jun-17-20 | email Jon re refinance. | 0.10 | $42.00 | JHD |
| Jun-23-20 | email Keenan re confirmation. | 0.10 | $42.00 | JHD |
| Jun-23-20 | resend TE the judgments and upload them to TE website | 0.20 | $44.00 | CSF |
| Jun-23-20 | review emails re continued confirmation hearing | 0.10 | $22.00 | CSF |
| Jun-23-20 | emails with CPCM and trustee about confirmation. | 0.10 | $42.00 | JHD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-26-20 | email IRS. | 0.10 | $42.00 | JHD |
| Jun-26-20 | email Jon re appraisal. | 0.10 | $42.00 | JHD |
| Jun-29-20 | read email between JHD and IRS and send JHD email | 0.20 | $44.00 | CSF |
| Jun-29-20 | review emails from JHD, check court calendar, file withdraw and pleading for upcoming hearing, save emails in file. | 0.30 | $66.00 | CSF |
| Jun-29-20 | email from te. | 0.10 | $42.00 | JHD |
| Jun-29-20 | review email re withdraw and respond to Nicole | 0.10 | $22.00 | CSF |
| Jun-29-20 | email with court, file corrected withdrawal | 0.20 | $44.00 | CSF |
| Jul-01-20 | edit calendar and email JHD hearing documents | 0.20 | $44.00 | CSF |
| Jul-01-20 | review poc and respond to JHD | 0.10 | $22.00 | CSF |
| Jul-01-20 | email to the court re confirmation | 0.10 | $22.00 | CSF |
| Jul-01-20 | review and respond to emai from the court | 0.10 | $22.00 | CSF |
| Jul-02-20 | Attend confirmation hearing. | 0.30 | $126.00 | JHD |
| Jul-02-20 | review objection, save in file and send to client | 0.10 | $22.00 | CSF |
| Jul-06-20 | email from client. | 0.10 | $42.00 | JHD |
| Jul-07-20 | email Jon and lender. | 0.10 | $42.00 | JHD |
| Jul-07-20 | review email | 0.10 | $22.00 | CSF |
| Jul-07-20 | Review settlement agreement and discuss with Nathan and Jon. | 0.10 | $42.00 | JHD |
| Jul-09-20 | review emails from JHD re motion | 0.10 | $22.00 | CSF |
| Jul-09-20 | email Greg after speaking with him. | 0.10 | $42.00 | JHD |
| Jul-09-20 | email with client re loan. | 0.10 | $42.00 | JHD |
| Jul-09-20 | email lender. | 0.10 | $42.00 | JHD |
| Jul-09-20 | draft motion to incur debt | 0.10 | $22.00 | CSF |
| Jul-09-20 | find documents for JHD and email, draft motion to incur debt and motion to expedite hearing, phone call with JAN re motions. | 1.30 | $286.00 | CSF |
| Jul-09-20 | email | 0.10 | $42.00 | JHD |
| Jul-10-20 | email lender re appraisal. | 0.10 | $42.00 | JHD |
| Jul-10-20 | email and tcw Nathan. | 0.70 | $294.00 | JHD |
| Jul-10-20 | Edit motion to incur debt. | 0.10 | $42.00 | JHD |
| Jul-10-20 | email lender. | 0.10 | $42.00 | JHD |
| Jul-10-20 | edit both motions, phone call with JAN | 0.80 | $176.00 | CSF |
| Jul-10-20 | email CPCM | 0.10 | $42.00 | JHD |
| Jul-10-20 | email CPCM. | 0.10 | $42.00 | JHD |

RE: 131541-0001 - Jonathan K. Smith
Case 20-01278-jw   Doc 125   Filed 10/22/20   Entered 10/22/20 16:09:57   Desc Main
Document   Page 6 of 9
10/22/2020
InvoiceNumber : 145295
Page 5 of 8

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-10-20 | help CSF with expedited hearing issues | 0.40 | $88.00 | JAN |
| Jul-10-20 | find fax numbers and emails for all creditors | 1.50 | $330.00 | CSF |
| Jul-13-20 | review several emails and edit motions | 1.00 | $220.00 | CSF |
| Jul-13-20 | edit motions and send draft to Greg | 0.40 | $88.00 | CSF |
| Jul-13-20 | Phone call with JHD re motions | 0.10 | $22.00 | CSF |
| Jul-13-20 | review motion, edit calendar, send client email | 0.30 | $66.00 | CSF |
| Jul-13-20 | edit motion | 0.10 | $22.00 | CSF |
| Jul-13-20 | email creditor. | 0.10 | $42.00 | JHD |
| Jul-13-20 | tcw Jon re documents and money to close. | 0.40 | $168.00 | JHD |
| Jul-13-20 | email CPCM. | 0.10 | $42.00 | JHD |
| Jul-13-20 | Edit motions | 0.10 | $42.00 | JHD |
| Jul-14-20 | service of order and motion | 1.10 | $242.00 | CSF |
| Jul-14-20 | prepare documents for filing | 0.50 | $110.00 | CSF |
| Jul-14-20 | phone call with court and file motions | 0.50 | $110.00 | CSF |
| Jul-14-20 | email Jon. | 0.10 | $42.00 | JHD |
| Jul-14-20 | Service of order and motion | 1.60 | $352.00 | CSF |
| Jul-14-20 | service of order | 2.30 | $506.00 | CSF |
| Jul-14-20 | service of order and draft and file cs | 1.20 | $264.00 | CSF |
| Jul-15-20 | review emails and texts from JHD and edit order | 0.50 | $110.00 | CSF |
| Jul-15-20 | prepare and file proposed order, review emails | 0.50 | $110.00 | CSF |
| Jul-15-20 | email CPCM | 0.10 | $42.00 | JHD |
| Jul-15-20 | tcw creditor about filing date. | 0.10 | $42.00 | JHD |
| Jul-20-20 | draft schedule c amendment | 0.10 | $22.00 | CSF |
| Jul-20-20 | send email to client with amendment to sign | 0.10 | $22.00 | CSF |
| Jul-21-20 | file amended schedule c and save emails | 0.30 | $66.00 | CSF |
| Jul-21-20 | draft new proposed order, edit calendar | 0.30 | $66.00 | CSF |
| Jul-21-20 | filed amended proposed order | 0.10 | $22.00 | CSF |
| Jul-21-20 | email Jon re Itria; tcw Ted von Keller re same; tcw closing lawyer. | 0.30 | $126.00 | JHD |
| Jul-21-20 | tcw Ted about subordination; tcw Jon re same. | 0.10 | $42.00 | JHD |
| Jul-22-20 | Attend court; revise order. | 0.50 | $210.00 | JHD |
| Jul-22-20 | edit proposed order | 0.30 | $66.00 | CSF |
| Jul-22-20 | prepare JHD for court | 0.50 | $110.00 | CSF |
| Jul-22-20 | email to client re te payments | 0.10 | $22.00 | CSF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-22-20 | edit proposed order and produce pdf | 0.20 | $44.00 | CSF |
| Jul-22-20 | phone call with JHD, review emails, email with court, prepare and file proposed order | 0.80 | $176.00 | CSF |
| Jul-24-20 | follow up with bk court re order | 0.10 | $22.00 | CSF |
| Jul-27-20 | tcw Greg re refinance; review and distribute court order. | 0.80 | $336.00 | JHD |
| Jul-27-20 | email from Jon. | 0.10 | $42.00 | JHD |
| Jul-28-20 | tcw client re closing matters. | 0.50 | $210.00 | JHD |
| Jul-29-20 | Review subordination agreement. | 0.10 | $42.00 | JHD |
| Jul-29-20 | phone call with Nathan re wiring instructions | 0.20 | $44.00 | CSF |
| Jul-29-20 | phone call with Nathan, phone call with Jane, email closing attorney | 0.30 | $66.00 | CSF |
| Jul-31-20 | tcw lender about loan closing; email te. | 0.50 | $210.00 | JHD |
| Jul-31-20 | email with lenders about loan. | 0.10 | $42.00 | JHD |
| Jul-31-20 | email loan structure. | 0.10 | $42.00 | JHD |
| Aug-02-20 | email Jon about deadline. | 0.10 | $42.00 | JHD |
| Aug-03-20 | email with te re order. | 0.10 | $42.00 | JHD |
| Aug-03-20 | email with John re closing statement. | 0.10 | $42.00 | JHD |
| Aug-03-20 | email Brian and CPCM | 0.10 | $42.00 | JHD |
| Aug-04-20 | email Louis re closing. | 0.10 | $42.00 | JHD |
| Aug-04-20 | email client re funds. | 0.10 | $42.00 | JHD |
| Aug-04-20 | email with CPCM re 362 hearing; email te re same. | 0.10 | $42.00 | JHD |
| Aug-04-20 | review IRS amended claim and send to client | 0.10 | $22.00 | CSF |
| Aug-05-20 | email CPCM | 0.10 | $42.00 | JHD |
| Aug-07-20 | email with court; tcw lender and Mike. | 0.70 | $294.00 | JHD |
| Aug-07-20 | email CPCM and tcw Jon. | 0.20 | $84.00 | JHD |
| Aug-07-20 | email JHD re hearings Monday | 0.10 | $22.00 | CSF |
| Aug-07-20 | prepare documents for JHD on Monday's hearings | 0.40 | $88.00 | CSF |
| Aug-07-20 | read email from JHD re cpcm | 0.10 | $22.00 | CSF |
| Aug-10-20 | email lender; attend court. | 0.40 | $168.00 | JHD |
| Aug-21-20 | email from Louis Spencer re closing. | 0.10 | $42.00 | JHD |
| Aug-21-20 | tcw Bart re loan; report to client. | 0.10 | $42.00 | JHD |
| Aug-21-20 | tcw lender; email client. | 0.10 | $42.00 | JHD |
| Aug-21-20 | email lender. | 0.10 | $42.00 | JHD |
| Aug-24-20 | email with lender and trustee. | 0.10 | $42.00 | JHD |

RE: 131541-0001 - Jonathan K. Smith

10/22/2020                                                                                      Page 7 of 8
InvoiceNumber : 145295

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-24-20 | emails and texts with JHD, request for continuance | 0.50 | $110.00 | CSF |
| Aug-24-20 | email | 0.10 | $42.00 | JHD |
| Aug-28-20 | email JHD message from client | 0.10 | $22.00 | CSF |
| Aug-28-20 | tcw Louis re loan issues. | 0.30 | $126.00 | JHD |
| Aug-28-20 | email client; tcw Louis. | 0.30 | $126.00 | JHD |
| Aug-31-20 | email with CPCM re payment. | 0.10 | $42.00 | JHD |
| Aug-31-20 | email Louis. | 0.10 | $42.00 | JHD |
| Sep-01-20 | email client re status of settlement. | 0.10 | $42.00 | JHD |
| Sep-03-20 | email CPCM | 0.10 | $42.00 | JHD |
| Sep-04-20 | tcw client and Louis Spencer about settlement offers. | 0.50 | $210.00 | JHD |
| Sep-08-20 | email Jon re info from CPCM. | 0.10 | $42.00 | JHD |
| Sep-08-20 | email from CPCM. | 0.10 | $42.00 | JHD |
| Sep-08-20 | email client re balance due. | 0.10 | $42.00 | JHD |
| Sep-08-20 | email client in response to his email. | 0.10 | $42.00 | JHD |
| Sep-11-20 | email from client. | 0.10 | $42.00 | JHD |
| Sep-11-20 | email Louis. | 0.10 | $42.00 | JHD |
| Sep-14-20 | email CPCM. | 0.10 | $42.00 | JHD |
| Sep-15-20 | email with CPCM and Jon re offer. | 0.10 | $42.00 | JHD |
| Sep-16-20 | email Louis re payment. | 0.10 | $42.00 | JHD |
| Sep-16-20 | email client new offer. | 0.10 | $42.00 | JHD |
| Sep-17-20 | email client re offer; email te re confirmation. | 0.10 | $42.00 | JHD |
| Sep-17-20 | email from CPCM; forward to client. | 0.10 | $42.00 | JHD |
| Sep-17-20 | tcw client re agreement; email with Nathan. | 0.10 | $42.00 | JHD |
| Sep-17-20 | negotiate with CPCM and Jon. | 0.10 | $42.00 | JHD |
| Sep-17-20 | email from client re settlement and email creditor re same. | 0.10 | $42.00 | JHD |
| Sep-21-20 | email with te re confirmation. | 0.10 | $42.00 | JHD |
| Sep-22-20 | email CPCM re order. | 0.10 | $42.00 | JHD |
| Sep-23-20 | email CPCM re confirmation. | 0.10 | $42.00 | JHD |
| Sep-23-20 | email client re Qs. | 0.10 | $42.00 | JHD |
| Sep-23-20 | review emil from JHD | 0.10 | $22.00 | CSF |
| Sep-23-20 | email JHD re court | 0.10 | $22.00 | CSF |
| Sep-24-20 | Attend confirmation; review agreement; send to client. | 0.50 | $210.00 | JHD |
| Sep-29-20 | review and save proposed order for 362 motion | 0.10 | $22.00 | CSF |

RE: 131541-0001 - Jonathan K. Smith

10/22/2020 Page 8 of 8
InvoiceNumber : 145295

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Sep-29-20 | email Greg. | 0.10 | $42.00 | JHD |
| Sep-29-20 | tcw client re agreement; forward to CPCM. | 0.10 | $42.00 | JHD |
| Sep-30-20 | email from Louis re executed agreement; email him about wire. | 0.10 | $42.00 | JHD |
| **TOTAL FEES** | | **52.10** | **$15,520.00** | |

**DISBURSEMENTS:**

**TOTAL DISBURSEMENTS:** $0.00

TOTAL FEES $15,520.00